Certificate Number: 16339-PAE-DE-041250652

Bankruptcy Case Number: 26-12622



16339-PAE-DE-041250652

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 26, 2026, at 11:19 o'clock PM EDT, Ashab Khan completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  July 26, 2026

By:  /s/Kris Krumal

Name:  Kris Krumal

Title:  Certified Financial Counselor